UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

DAJAHN MCBEAN,
     a/k/a "Jeezy Mula,"
     a/k/a "FREEZE," and
WILLIAM VALDEZ,

          Defendants.

- - - - - - - - - - - - - - - - - x

**20 CRIM 226**

INDICTMENT

20 Cr.

## COUNT ONE
### (Conspiracy to Commit Bank Fraud)

The Grand Jury charges:

1.     From at least in or around December 2018 up to
and including in or around January 2019, in the Southern
District of New York and elsewhere, DAJAHN MCBEAN, a/k/a "Jeezy
Mula," a/k/a "FREEZE," and WILLIAM VALDEZ, the defendants,
willfully and knowingly did combine, conspire, confederate, and
agree together and with each other to commit bank fraud, in
violation of Title 18, United States Code, Section 1344.

2.     It was a part and object of the conspiracy that
DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "FREEZE," and WILLIAM
VALDEZ, the defendants, and others known and unknown, willfully
and knowingly, did execute and attempt to execute a scheme and
artifice to defraud financial institutions, the deposits of

which were then insured by the Federal Deposit Insurance
Corporation, and to obtain moneys, funds, credits, assets,
securities, and other property owned by, and under the custody
and control of, such financial institutions, by means of false
and fraudulent pretenses, representations, and promises, in
violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
## (Aggravated Identity Theft)

The Grand Jury further charges:

3.    From at least in or around December 2018 up to
and including at least in or around January 2019, in the
Southern District of New York and elsewhere, DAJAHN MCBEAN,
a/k/a "Jeezy Mula," a/k/a "FREEZE," and WILLIAM VALDEZ, the
defendants, knowingly did transfer, possess, and use, without
lawful authority, a means of identification of another person,
during and in relation to a felony violation enumerated in Title
18, United States Code, Section 1028A(c), and aided and abetted
the same, to wit, MCBEAN and VALDEZ used and aided and abetted
the use of bank account numbers, debit card numbers, and social
security numbers of other individuals in connection with the

2

offense charged in Count One of this Indictment, knowing that these means of identification belonged to other people.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b)(2), and 2.)

## FORFEITURE ALLEGATION

4.    As a result of committing the offense charged in Count One of this Indictment, DAJAHN MCBEAN, a/k/a "Jeezy Mula," a/k/a "FREEZE," and WILLIAM VALDEZ, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAJAHN MCBEAN,
a/k/a "Jeezy Mula,"
a/k/a "FREEZE," and
WILLIAM VALDEZ,

Defendants.

INDICTMENT

20 Cr.

(18 U.S.C. §§ 1349, 1028A, and 2.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.

NE
3|24|2020

Indictment filed, Arrest Warrant

Included

Sarah L Cave

USMJ