UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
                              :

UNITED STATES OF AMERICA

                              :   **ORDER**

   -v-

                              :   20 Cr. 226 (   )

DAJAHN MCBEAN, and
WILLIAM VALDEZ,                :

              Defendants.  :

- - - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Andrew K. Chan;

It is found that the Indictment in the above-captioned action, 20 Cr. 226, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, 20 Cr. 226, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
        May 1, 2020

                                   _____
                                   THE HONORABLE ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE