UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DAJAHN MCBEAN,<br><br>                    Defendant. | 20 Cr. 226 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court previously scheduled a pretrial conference in this matter for October 13, 2020, at 3:00 p.m. That conference is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated: October 13, 2020
       New York, New York

                                         _____
                                         KATHERINE POLK FAILLA
                                         United States District Judge