

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

October 30, 2020

**BY CM/ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Dajahn McBean*, 20 Cr. 226 (KPF)

Dear Judge Failla:

  The Government writes in response to the Court's inquiry about the status of discovery materials that Defendant Dajahn McBean possessed while at the Westchester County Jail. Following the conference earlier today, the Government contacted the U.S. Marshals Service, who in turn spoke to representatives of the Westchester County Jail. The Westchester County Jail located several discs containing the defendant's discovery materials, which they will send to the U.S. Marshals Service to be forwarded to the Metropolitan Correctional Center.

  Separately, the Government also burned the non-sensitive discovery materials onto DVDs and mailed them to the Metropolitan Correctional Center with the instruction that the DVDs should be provided to the defendant for his review while in his housing unit.

  The Government remains willing and available to address any issues to ensure that the defendant has access to discovery materials while in custody.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

     by: /s/ Andrew K. Chan
       Andrew K. Chan
       Assistant United States Attorney
       (212) 637-1072

The Court is in receipt of the above letter from the Government regarding Mr. McBean's discovery materials.  The Court hereby ORDERS that discovery materials currently in the possession of the Westchester County Jail be forwarded to Mr. McBean at the Metropolitan Correctional Center, and further ORDERS that Mr. McBean be permitted to retain these materials in his unit at the Metropolitan Correctional Center.  The Government is directed to transmit this endorsement to the appropriate personnel at WCJ and MCC.

                                        SO ORDERED.

Dated:  November 2, 2020
        New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE